

## National Service Animal Registry

903 NW F. Street · Grants Pass · Oregon · 97526    Toll Free · (866) 737-3930    Fax · (541) 471-1122

**NSAR CERTIFIED SERVICE ANIMAL**

This document affirms that "SNICKERS" (NSAR database ID **C12694**, see adjacent photo) is certified as a qualified service dog and registered with National Service Animal Registry (NSAR) on the date listed below. This service dog has been trained to assist **P LEIFER**, the confirmed disabled handler. The handler and service dog are listed in the National Service Animal Registry (NSAR) database and may be found on the following website: **www.nsarco.com/database.html.**

**SNICKERS**

Service dogs are dogs that are specifically trained to perform important life tasks for people who have difficulty performing or are unable to perform the task themselves. These tasks are directly related to the handler's disability. Service dogs are working animals, not pets.

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, motels, taxis, buses, shuttles, airplanes, grocery and retail stores, hospitals, medical offices, theaters, health clubs, all parks, government buildings, and zoos.

For more information, please call the U.S. Justice Department ADA Information Line at (800) 514-0301 (voice) or (800) 514-0383 (TTY) or visit the ADA Business Connection at **www.ada.gov.**

November 28, 2011
Date

Tim Livingood, M.ED. CEO

**EXHIBIT**
A



**University of Illinois Medical Center** at Chicago

City of Aurelia
Town Council
Date 12/2/11

**Re: Snickers, Service Dog**

Dear Town Council,

1740 W Taylor
Chicago, IL 60612
T (312) 996-0525
F (312) 996-1457
aeviot1@uic.edu

James Sak has been a patient under my care since January 2009. I have worked extensively with him to improve his functional capabilities. Although he has made significant improvements, he continues to demonstrate some disability in which the service dog, Snickers, allows him to live more independently.

Due to his stroke, James Sak has certain limitations regarding his entire right side of his body. In order to help alleviate these difficulties, and to enhance his quality of life, well being, and ongoing recovery, he requires a service dog, Snickers. As mentioned before, I have been involved in his care for more than 2 years. Our therapy sessions have also included rehabilitation with James Sak and Snickers, in which I was personally involved in. James and Snickers have worked together under my supervision in which his ability to live independently has improved. Snickers has been individually trained to assist James with tasks which mitigate his disability, including walking, balance, and retrieving items around the house.

Please contact me if you have any questions. Thank you.

Sincerely,

Aileen Eviota, PT DPT NCS

**EXHIBIT B**

November 21, 2011

The Aurelia City Council met in regular session on November 21, 2011. Matt Fredericksen called the meeting to order at 7:00 p.m. with roll call as follows:
Present: Schulenberg, Fredericksen, Nelson
Absent: Keith, Bowen, Lindgren
Also Present: Messerole, Mark Sangwin, Dan Sinclair – Dakota Supply Co., Denny Allen, James Sak & Peggy Leifer, Mitch Langschwager, Pat Howey, Jim Tell, Jacob Schutt, Tim Dunn, Terry Holub, Anna Waddell, Randy Newlon

Nelson made motion to appoint Matt Fredericksen as the presiding officer for the meeting in the absence of the Mayor and Mayor Pro-Tem, second by Schulenberg. All members present voting "aye", motion carried.

Schulenberg made motion to approve consent agenda, second by Nelson. All members voting "aye", motion carried.

> Minutes of previous meetings
> Clerk/Treasurer & Investment Reports
> Bills Payable
> Police Report

| October Revenues | | October Disbursements | |
|---|---|---|---|
| Property Taxes | 104,019.25 | General Fund | 7,482.86 |
| Local Option Sales Tax | 7,733.43 | Special Revenue | 0.00 |
| Licenses & Permits | 214.00 | Local Option Sales Tax | 1,125.00 |
| Use of Money & Property | 1,775.78 | Road Use Tax | 1,563.87 |
| Road Use Tax | 7,598.33 | Debt Service | 0.00 |
| State & Local Grants & Reim | 815.07 | Expendable Trusts | 0.00 |
| Water Utility | 9,568.58 | Water Utility | 2,197.07 |
| Sewer Utility | 8,851.72 | Sewer Utility | 624.04 |
| Sanitation | 6,262.79 | Sanitation | 6,074.56 |
| Storm Water Utility | 475.00 | Storm Water Utility | 0.00 |
| Other Fees & Charges | 181.00 | Payroll | 15,213.38 |
| Special Assessments | 1,993.96 | Transfers Out | 7,894.50 |
| Miscellaneous | 110.30 | Total | 42,175.28 |
| Transfers In | 7,894.50 | | |
| Total | 157,493.71 | | |

November Bills Payable:

| | | |
|---|---|---|
| American Legion | Halloween Patrol | 100.00 |
| Aurelia Library | petty cash | 75.31 |
| Aurelia Lumber | antifreeze, batteries, misc. supplies | 104.90 |
| Aurelia Mun. Utilities | utilities | 2,507.62 |
| Aurelia Star | publications | 66.00 |
| B V Cat Rescue League | captured & removed cats | 440.00 |
| B V Stationery | office supplies | 7.90 |
| Baker & Taylor | Library books | 348.51 |
| Ballantyne, Craig | outside water meter sewer rebate | 11.46 |
| Berge, Anna | outside water meter sewer rebate | 24.36 |
| Bomgaars | ice melt for streets | 643.07 |
| Brown Supply Co. | gutter broom for st. sweeper | 216.01 |


EXHIBIT C

| | | |
|---|---|---:|
| Bruns, Nadine | outside water meter sewer rebate | 3.27 |
| Cardmember Service | adwords, Sangwin CEU's | 352.19 |
| Casey's | Oct. fuel | 351.88 |
| Cherokee Co. Solid Waste | contract | 2,179.56 |
| Classy Mini-Storage | 1 load of black dirt | 142.95 |
| Countyline | 6 white goods citywide cleanup | 60.00 |
| Data Technologies | 2012 Summit License Fee | 1,730.05 |
| Ferguson Enterprises | water supplies | 29.18 |
| First Abstract | abstract 405 Ridgeview lane | 375.00 |
| First Coop | October fuel | 810.96 |
| Forbes, Bob | outside water meter sewer rebate | 18.15 |
| Grienke, Gilbert | outside water meter sewer rebate | 10.41 |
| Hach | water test supplies | 205.31 |
| Handwork, Craig & Kathy | outside water meter sewer rebate | 5.52 |
| Helen's Comm Laundry | commercial laundry | 83.60 |
| Heritage Bank | Renewal of CD | 50,000.00 |
| Hines, Doug | outside water meter sewer rebate | 15.63 |
| Hinkhouse Hearing | Sangwin hearing test | 23.06 |
| Holiday Inn | Kai fall IMFOA | 113.03 |
| HyVee | coffee, forks, napkins | 81.14 |
| Kai, Cindy | reimburse for mileage to IMFOA | 78.00 |
| Long Lines | cell phones | 154.86 |
| Lundell Construction | parts to repair storm drain | 31.68 |
| Lytle, Tom & Jodi | outside water meter sewer rebate | 9.87 |
| MET | wastewater tests | 133.00 |
| Michelle Swanson | police – update software | 345.00 |
| MicroMarketing | Library books | 99.96 |
| MidAmerican Energy | Oct. utilities | 55.39 |
| Modern Heating | replaced thermostat at CC | 109.55 |
| Nelson, Sherm | outside water meter sewer rebate | 3.66 |
| Nu-Telecom | Oct. phone/internet/long distance | 415.68 |
| Patton, Dave | outside water meter sewer rebate | 30.66 |
| Penworthy | library books | 128.00 |
| Perkins Office Solution | office supplies | 64.99 |
| Peterson, Harold | outside water meter sewer rebate | 79.08 |
| Plunkett's | pest control, City Hall & CC | 83.62 |
| Postmaster | postage | 254.67 |
| Radke, Erik | outside water meter sewer rebate | 9.18 |
| Rehab Systems | jet/vac & televise sewer lines | 5,163.90 |
| Richardson, Paul | outside water meter sewer rebate | 59.61 |
| Royers Jewelry | engrave plate for Library | 7.25 |
| Sanitary Services | contract | 4,092.50 |
| Steve's Window Service | clean CC windows | 38.00 |
| Suhr, Gene | outside water meter sewer rebate | 17.91 |
| Taste of Home Books | 2012 Taste of Home | 30.98 |
| Transamerica Life Ins. | Quarterly life insurance – Sangwin | 74.95 |
| Westphal, Nate | outside water meter sewer rebate | _39.78_ |
| | TOTAL | 72,747.76 |

James Sak and Peggy Leifer appeared before Council concerning registering their mix breed pitbull. The City of Aurelia Ordinance Chapter 58 "Pit Bull Dog" states it is unlawful to harbor a pit bull or any mixed breed of pit bull. Nelson made motion to table

until next month's meeting in order to receive more input from longer term council members, second by Schulenberg. All members present voting "aye", motion carried.

Dan Sinclair, Dakota Supply Group, appeared before Council concerning radio read meters. A quote for Badger Model 25 water meters; Badger Model 25 Itron Radio Heads; Itron Handheld Radio Starter Kit; annual software and hardware maintenance; and GE electric meters was reviewed.

The Public Works Report was reviewed. Called to get brush pile ground; working at pool; Lundell's cleaned approximately 30 blocks of sewer lines and these were mapped; looking to televise what was cleaned. Televised sewer line in alley behind Heritage Bank to locate manhole; the shelter west of pool needs new roof, Fredericksen will look at it; Blake Trapp donated new toilets for Fire Station; finished CEU's for spraying license; winterized pool and bath house; snow plow back from TCY Machine. Nelson made motion to televise the blocks that Lundell's recently cleaned, second by Schulenberg. All members present voting "aye", motion carried.

Denny Allen appeared before Council proposing a location for a 7/10 of a mile walking trail near the wetlands. Schulenberg made motion to approve the walking trail, making sure that Adam Booth who farms the land is notified, second by Nelson. All members present voting "aye", motion carried. Discussion was held concerning removing or repainting the sign displaying lots for sale.

Nelson made motion to approve the Municipal Electric budget, second by Schulenberg. All members present voting "aye", motion carried.

Schulenberg made motion to approve Resolution #11-14 – Resolution to Acknowledge Offer to Buy property at 405 Ridgeview and set public hearing for December 19, 2011, second by Nelson. Roll Call Vote "aye", Schulenberg, Nelson, Fredericksen. "Nay" none, motion carried. Keith, Lindgren, Bowen absent.

Discussion was held concerning renting out back office in City Hall. Council will use the space for storage.

Two styles of new "Welcome to Aurelia" signs from Denny Holton were discussed. Council would like additional information and will discuss at December's meeting.

Burma-Shave signs compliments of Our Iowa magazine were discussed. Our Iowa magazine instigated a contest to place a set of signs near one town in each of Iowa's 99 counties and has asked readers to nominate their town and give reasons why they should have the signs. Jim Tell will look into the procedure for applying.

Clerk's Report was reviewed.

Police report was reviewed.

Schulenberg made motion to renew the City's Delta Dental of Iowa plan with increase of 3.1%, second by Nelson. All members present voting "aye", motion carried.

Code of Ordinances, Chapter 75 "All-Terrain Vehicles and Snowmobiles" and Code of Iowa 321.247 "Golf Cart Operation on City Streets" were tabled until next month's meeting.

Landfill report was not given, Bowen absent.

There being no further business to discuss, meeting was adjourned.


_____    _____
Matt Fredericksen                  Barb Messerole, City Clerk

# CHAPTER 58

# PIT BULL DOG

58.01 Definitions
58.02 Keeping of Pit Bull Dogs Prohibited
58.03 Keeping of Licensed Pit Bull Dogs

**58.01 DEFINITIONS.** For use in this chapter the following terms are defined as follows:

1. "Pit Bull Dog" shall mean any dog over the age of six (6) months known by the owner to be a Pit Bull Terrier. Pit Bull Terrier shall mean any Bull Terrier, American Pit Bull Terrier, Staffordshire Bull Terrier, or American Staffordshire Bull Terrier breed of dog or any mixed breed of dog which contains as an element of its breeding the breed of Bull Terrier, American Pit Bull Terrier Staffordshire Bull Terrier, or American Staffordshire Terrier so as to be identifiable as partially of the breed Bull Terrier, American Pit Bull Terrier, Staffordshire Bull Terrier, or American Staffordshire Terrier.

**58.02 KEEPING OF PIT BULL DOGS PROHIBITED.** It is unlawful to keep, or harbor, own or in any way possess a Pit Bull Dog within the City of Aurelia.

**58.03 KEEPING OF LICENSED PIT BULL DOGS.**

1. Provisions of this chapter shall not be applicable to any owners, keepers, or harborers of Pit Bull Dogs licensed within the City of Aurelia before the effective date of this chapter. The phrase "licensed within the City of Aurelia" and "licensed" when used in the chapter shall mean licensed pursuant to the terms of Chapter 57 of the Aurelia Municipal Code.

The keeping of such licensed dogs shall be subject to the following standards:

A. Sale or Transfer of Ownership Prohibited. No person shall sell, barter, or in any other way dispose of a Pit Bull Dog licensed within the City to a person within the City unless the recipient person resides permanently in the same household and on the same premises as the licensed owner of such dog; provided, that the owner of a licensed Pit Bull Dog may sell or otherwise dispose of a licensed dog or the offspring of such dog to persons who do not reside within the City.

B. Animals Born to Licensed Dogs. All offspring born to Pit Bull Dogs licensed within the City shall be removed from the City within six (6) weeks of birth of such animal.

C. Reporting Requirements. All owners, keepers, or harborers of licensed Pit Bull Dogs shall within ten (10) days of the following occurrence report the following information in writing to the City Clerk and Animal Control Officer as required hereafter:

EXHIBIT D

(1) The removal from the City or death of a licensed Pit Bull Dog;

(2) The birth of offspring of a licensed Pit Bull Dog;

(3) The new address of the owner of a licensed Pit Bull Dog should the owner move within the City limits.

D. Leash and Muzzle. No person shall permit a licensed Pit Bull Dog to go outside its kennel or pen unless such dog is securely leashed with a leash no longer than four (4) feet in length and otherwise comply with Section 57.04. No person shall permit a licensed Pit Bull Dog to be kept on a chain, rope, or other type of leash outside its kennel or pen unless a person is in physical control of the chain, rope or leash.

E. Confinement. All licensed Pit Bull Dogs shall be securely confined indoors or in a securely enclosed and locked pen, kennel, or structure and the owner must fully and completely comply with Section 57.04.

F. Confinement Indoors. No licensed Pit Bull Dog shall be kept on a porch, patio, or in any part of a house or structure which would allow such dog to exit such a building on its own volition. In addition, no such animal shall be kept in a house or structure when the windows are open or when screen windows or screen doors are the only obstacles preventing the dog from exiting the structure.

G. Identification Photographs and Tattoos. All owners, keepers, or harborers of licensed Pit Bull Dogs shall provide within ten (10) days of the effective date of this chapter, to the City Clerk and Animal Control Officer, two 3 x 5 inch color photographs of the licensed animal clearly showing the color and approximate size of the animal. The owner or keeper shall within the aforementioned ten (10) day period at his own expense have the license number assigned pursuant to Chapter 57 of the City of Aurelia Municipal Code tattooed upon such a Pit Bull Dog by a licensed veterinarian. The tattoo shall be placed either on the upper inner lip or inside the upper left rear thigh of the dog.

2. Failure to Comply. It shall be unlawful for the owner, keeper, or harborer of a Pit Bull Dog licensed with the City of Aurelia to fail to comply with the requirements and conditions set forth in this chapter. Each day of violation shall be a separate offense. Any Pit Bull Dog found to be the subject of a violation of this chapter shall be subject to immediate confiscation by the Animal Control Officer. Such animal shall be humanely destroyed within seven (7) days, unless a Judge of Court of competent jurisdiction orders its release or the owner provides adequate proof to the Animal Control Officer that such licensed dog shall no longer reside in the City of Aurelia.@

*(Ch. 58 – Ord. 661 – Mar. 08 Supp.)*

# Petition to the Aurelia City Council

We the undersigned citizens of the City of Aurelia do respectfully request/urge the Aurelia City Council retain as written an without exception the existing City of Aurelia Ordinance, Chapter 58 – "Pit Bull Dogs." It is our concern that a change or any exceptions to the Ordinance could cause an unwanted safety/hazard to the general public, specifically/especially our children.

| | |
|---|---|
| 1. Diane Dunn | 2. *(signature)* |
| 3. *(signature)* | 4. *(signature)* |
| 5. *(signature) Mickelson* | 6. Chuck *(signature)* |
| 7. *(signature)* | 8. Nancy Webb |
| 9. *(signature)* | 10. *(signature)* |
| 11. Jodell Wilson | 12. Geneva Buenger |
| 13. *(signature) Weff* | 14. *(signature)* |
| 15. *(signature)* | 16. Cheryl *(signature)* |
| 17. Wiley Wilson | 18. Pam Wilson |
| 19. *(signature) Johnson* | 20. Karena Johnson |
| 21. *(signature) Peterson* | 22. *(signature)* |
| 23. *(signature)* | 24. Carol *(signature)* |
| 25. *(signature)* | 26. Jo Ann Patton |
| 27. Denice *(signature)* | 28. Dave Patton |
| 29. Susan Krueger | 30. *(signature)* |
| 31. *(signature) Morrilli* | 32. *(signature) Gustafson* |
| 33. Mike Burke | 34. Pat Wilson |
| 35. Jack Wilson | 36. *(signature)* |
| 37. | 38. |
| 39. | 40. |
| 41. | 42. |
| 43. | 44. |
| 45. | 46. |


EXHIBIT E