UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JAMES SAK AND PEGGY LEIFER, | CASE NO. 11-4111 |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE CITY OF AURELIA, IOWA, | |
| Defendant. | |

COME NOW the parties by their undersigned counsel, pursuant to F.R.Civ.P.

41(a)(ii), and dismiss this case, with prejudice, with each party paying its own costs and

attorney fees.

Respectfully submitted,

Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax
ATTORNEYS FOR DEFENDANT

**KLASS LAW FIRM,
L.L.P.**

/s/ Michele L. Warnock
Sharon K. Malheiro, AT0004936
Michael C. Richards, AT0010828
Michele L. Warnock, AT0010068
The Davis Brown Tower
215 10th St. Suite 1300
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
E-Mail:  sharonmalheiro@davisbrownlaw.com
E-Mail:  mikerichards@davisbrownlaw.com
E-Mail:  michelewarnock@davisbrown.com

ATTORNEYS FOR PLAINTIFFS

KLASS LAW FIRM,
L.L.P.